≽ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Verastegui, Sonny Ray Marcus | Docket No. | 2:19CR00009-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sonny Ray Marcus Verastegui, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of June 2019 under the following conditions:

**Standard Condition #2:** Defendant shall reside at an address approved by Pretrial Services and immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address or telephone number.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Sonny Ray Marcus Verastegui is alleged to have failed to report a change of address on July 10, 2019.

On June 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Verastegui. Mr. Verastegui acknowledged an understanding of the conditions, which included standard condition #2.

On June 19, 2019, Mr. Verastegui's employer contacted the undersigned officer and voiced concern that Mr. Verastegui had been consuming methamphetamine and alcohol. The employer advised Mr. Verastegui had been evicted from the sober living residence (Oxford House) where he had been approved to reside due to using illegal controlled substances.

Later on June 19, 2019, the undersigned officer went to Mr. Verastegui's reported address, the Ermina Oxford House. A resident was contacted and advised Mr. Verastegui had been kicked out of the residence approximately a week and a half earlier. The resident reportedly did not know why Mr. Verastegui was evicted from the Ermina Oxford House.

Mr. Verastegui failed to report his change of address to the undersigned officer.

On July 22, 2019, Mr. Verastegui reported to the U.S. Probation Office. He reporting being evicted from the Ermina Oxford House on or about July 17, 2019, due to using methamphetamine. Mr. Verastegui advised he had been staying at his employer's shop and also his mother's residence since moving out of the Ermina Oxford House.

However, the undersigned officer spoke to Mr. Verastegui again on July 22, 2019, via telephone. During that telephone conversation, Mr. Verastegui acknowledged he was evicted from the Ermina Oxford House on July 10, 2019, due to ingesting methamphetamine.

**Violation #2:** Sonny Ray Marcus Verastegui is alleged to have injected methamphetamine on July 10, 18 and 19, 2019.

On June 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Verastegui. Mr. Verastegui acknowledged an understanding of the conditions, which included standard condition #9.

On July 22, 2019, Mr. Verastegui reported to the U.S. Probation Office and admitted to injecting methamphetamine on three occasions between July 17, and 19, 2019. Subsequently, Mr. Verastegui signed a substance abuse admission form reflecting his use of methamphetamine.

Later on July 22, 2019, the undersigned officer had a telephone conversation with Mr. Verastegui regarding him testing negative for controlled substances on July 18, 2019, despite his admission to ingesting methamphetamine on July 17, 2019. Initially, Mr. Verastegui stated he consumed baking soda to adulterate his urine specimen to pass the drug screening test on July 18, 2019. However, he subsequently admitted to lying about consuming baking soda to adulterate his urine specimen. Mr. Verastegui verbally admitted he ingested methamphetamine on July 10, 2019. He reportedly consumed methamphetamine on July 18, 2019, after submitting to random urinalysis testing. Mr. Verastegui stated he also consumed methamphetamine on July 19, 2019.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2019

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 23, 2019
Date