# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 30, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.       Verastegui, Sonny Ray Marcus          Docket No.        2:19CR00009-WFN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sonny Ray Marcus Verastegui, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 24th day of June 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Sonny Ray Marcus Verastegui is alleged to have admitted to ingesting methamphetamine on or about July 21, 2019.

On June 25, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Verastegui.  Mr. Verastegui acknowledged an understanding of the conditions, which included standard condition #9.

On June 25, 2019, Mr Verastegui reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of methamphetamine.  Mr. Verastegui signed an admission form admitting his use of methamphetamine on July 21, 2019.

Attempts to contact Mr. Verastegui to inquire further about this admission have been unsuccessful.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:        July 30, 2019 |
| by: | s/Erik Carlson |
|  | Erik Carlson
U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x ]   The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

_July 30, 2019_____
Date